1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN A. FOGERTY
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

7

**FILED**

**JUL 16 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,          )  CASE NO.: 1:14 MJ 00121 SKO
11                                     )
                       Plaintiff,      )  VIOLATION:  18 U.S.C. § 1701 -
12                                     )  Obstruction of Mails
          v.                           )
13                                     )  [Class B Misdemeanor]
   VARDAN KESHISHYAN,                  )
14                                     )
                       Defendant.      )
15                                     )
                                       )
16  _____)

17              I N F O R M A T I O N

18  COUNT ONE:     [18 U.S.C. § 1701 - Obstruction of Mails]

19                 [Class B Misdemeanor]

20      The United States Attorney Charges: T H A T

21                 VARDAN KESHISHYAN,

22  defendant herein, between on or about November 12, 2013, and on or

23  about January 25, 2014, in the County of Fresno, State and Eastern

24  District of California, did knowingly and willfully obstruct or

25  retard the passage of a carrier carrying the mail, in violation of

26  Title 18, United States Code, Section 1701.

27  //

28  //

                        1                    U.S.A. v. Keshishyan
                                             Information

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BENJAMIN B. WAGNER
United States Attorney

Dated: July 16, 2014          By:  _____
                                   BRIAN A. FOGERTY
                                   Special Assistant U.S. Attorney

2

U.S.A. v. Keshishyan
Information