```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KENNETH JENQ
    Special Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000

 5  Attorneys for Plaintiff

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10
```

| UNITED STATES OF AMERICA, | CASE NO. 1:14-mj-00121-SAB |
|---|---|
| Plaintiff, | |
| v. | APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE |
| VARDAN KESHISHYAN, | |
| Defendant. | |

Plaintiff, United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kenneth Jenq, Special Assistant United States Attorney, hereby appears as counsel of record and requests a change in designation of counsel for service.

Pursuant to Local Rule 182(c)(1), and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for Plaintiff, United States of America, and designate new counsel for service as follows:

>           Kenneth Jenq
>           Special Assistant U.S. Attorney
>           2500 Tulare Street, Suite 4401
>           Fresno, CA 93721
>           Telephone: (559) 497-4000

I hereby declare that I am admitted to practice law in this district.

DATED: January 7, 2015          Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                            By: /s/  Kenneth Jenq
                                KENNETH JENQ
                                Special Assistant U.S. Attorney