IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00121-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| VARDAN KESHISHYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

   **Convicted of:**   Obstruction of Mails, a violation of 18 U.S.C. § 1701

   **Sentence Date:**   August 21, 2014

   **Review Hearing Date:**   June 4, 2015

   **Probation Expires On:**   August 20, 2015

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $590.00, which Total Amount is made up of a Fine: $ 500.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 80.00.

☒ Payment schedule of $ 50.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

  **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

  If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 410.00
  ☒ If not paid in full when was last time payment:  Date: 4/13/2015
                  Amount: $50.00

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒  The Government agrees to the above-described compliance.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney: Kenneth Jenq

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 6/4/2015 at 10:00 a.m.

  ☒  be continued to 8/6/2015 at 10:00 a.m.; or

  ☐  be vacated.

☐  that Defendant's appearance for the review hearing be waived.

Defendant has fully complied with the terms of his unsupervised probation. In the Judgment, he was ordered to make monthly payments of $50.00 by the 15th of each month. Defendant has timely made each payment in accordance with the payment schedule. Under the payment schedule, his final payment is due on 8/15/2015. Defendant's probation expires on August 20, 2015.

DATED: 5/13/2015

*/s/ Erin Snider*
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED. The Court orders that the Review Hearing set for June 4, 2015 at 10:00 a.m. be continued to August 6, 2015 at 10:00 a.m.

☐  DENIED.

DATED: **May 13, 2015**

**STANLEY A. BOONE**
United States Magistrate Judge